**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

INDIRA FALCON,

Plaintiff,

v. Case No. 8:23-cv-2340-TPB-JSS

TELEVISAUNIVISION DIGITAL, INC.,

Defendant.
_____________________________________/

**THE PARTIES' JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE PENDING RESOLUTION OF THE MOTION TO COMPEL ARBITRATION**

The parties jointly move to stay the initial case management conference pending resolution of Defendant TelevisaUnivision Digital, Inc.'s Motion to Compel Arbitration and Stay Action (Doc. 22). In support, the parties respectfully state as follows:

1. On January 8, 2024, the parties filed their case management report. (Doc. 20).

2. On January 9, 2024, the Court noticed an Initial Case Management Conference for February 28, 2024. (Doc. 21).

3. On February 5, 2024, Defendant responded to the complaint by filing its Motion to Compel Arbitration and Stay Action. (Doc. 22).

4. On February 13, 2024, Defendant moved unopposed to stay discovery pending resolution of that motion. (Doc. 23).

5. On February 15, 2024, the Court granted the unopposed motion to stay discovery and stayed discovery pending resolution of the Motion to Compel Arbitration. (Doc. 25).

6. In light of the stay of discovery and because the resolution of the Motion to Compel Arbitration, if granted, will moot the necessity of a scheduling order, the parties respectfully request a continuance of the initial case management conference pending resolution of the Motion to Compel Arbitration.

**LOCAL RULE 3.01(g) CERTIFICATION**

Counsel for Plaintiff and Defendant conferred about the relief requested in this motion, and Plaintiff joins the relief requested herein.

Respectfully submitted,

*/s/ Daniel A. Silver*

Jason H. Baruch (lead counsel)
Florida Bar No. 10280
jason.baruch@hklaw.com
Mark S. Melodia
(admitted *pro hac vice*)
mark.melodia@hklaw.com
Daniel A. Silver
Florida Bar No. 1045179
daniel.silver@hklaw.com
**HOLLAND & KNIGHT LLP**
100 N. Tampa St., Suite 4100
Tampa, Florida 33602
Phone: 813-227-8500
Fax: 813-229-0134

*Attorneys for TelevisaUnivision Digital, Inc.*

and

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel Hiraldo, Esq. (lead counsel)
Florida Bar No. 030380
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
mhiraldo@hiraldolaw.com
305.336.7466

*Lead Counsel for Plaintiff*