**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

INDIRA FALCON,

Plaintiff,

v. Case No. 8:23-cv-2340-TPB-JSS

TELEVISAUNIVISION DIGITAL, INC.,

Defendant.
_________________________________________/

**DEFENDANT'S UNOPPOSED MOTION**
**FOR LEAVE TO FILE A FOUR-PAGE REPLY**

Defendant TelevisaUnivision Digital, Inc. ("TelevisaUnivision") respectfully moves unopposed under Local Rule 3.01(d) to file a four-page reply in support of TelevisaUnivision's Motion to Compel Arbitration. (Doc. 22).

On February 5, 2024, TelevisaUnivision moved to compel arbitration on the basis that Plaintiff Indira Falcon accepted the ViX Terms of Use, which contain an arbitration agreement. (Doc. 22). In her opposition (Doc. 24), Plaintiff focuses on two points: (1) that a hyperlink to a terms of use should be enforceable only if the hyperlink is underlined or in a blue font and (2) that an arbitration agreement in a terms of use should be enforceable only if the terms of use notice language expressly reference the arbitration agreement. Additionally, Plaintiff cites a case that was not available when TelevisaUnivision filed its Motion to Compel Arbitration.

Accordingly, TelevisaUnivision respectfully requests leave to file a four-page reply within four days to address these two points and to address Plaintiff's new case.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Defendant conferred with counsel for Plaintiff, who does not oppose the relief requested herein.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

*/s/ Daniel A. Silver*
Jason H. Baruch (lead counsel)
Florida Bar No. 10280
jason.baruch@hklaw.com
Mark S. Melodia
(admitted *pro hac vice*)
mark.melodia@hklaw.com
Daniel A. Silver
Florida Bar No. 1045179
daniel.silver@hklaw.com
**HOLLAND & KNIGHT LLP**
100 N. Tampa St., Suite 4100
Tampa, Florida 33602
Phone: 813-227-8500
Fax: 813-229-0134

*Attorneys for TelevisaUnivision Digital, Inc.*