**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

INDIRA FALCON, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

TELEVISAUNIVISION DIGITAL, INC.,

Defendant.
_______________________________________/

**Case No. 8:23-cv-02340-TPB**

**CLASS ACTION**

**JURY TRIAL DEMANDED**

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Indira Falcon hereby gives notice of the following supplemental authority supporting her argument raised in Plaintiff's Response in Opposition to Defendant's Motion to Compel Arbitration that Defendant failed to place Plaintiff and the class members of inquiry notice of Defendant's Terms and arbitration provision:

*Massel v. Successfulmatch.Com*, No. 23-cv-02389-PCP, 2024 U.S. Dist. LEXIS 33553, at *14-15 (N.D. Cal. Feb. 27, 2024) ("Because Millionaire Match's links were underlined but ***did not appear in a contrasting color***, the Court must conclude, under *Berman*, that they were not reasonably conspicuous enough to put Mr. Massel on notice of the terms and that Mr. Massel therefore cannot be said to have assented to them. ***This conclusion is bolstered by the fact that other links on the signup page appear in all capital letters while the links to the Service Agreement and Privacy Policy are in title case***. These distinctions may seem picayune, but website operators like Millionaire Match have ultimate control over their design decisions. Nothing requires them to

present terms as subtle hyperlinks to separate pages instead of, say, requiring users to scroll through the actual terms before signing up.") (emphasis added).

Date: March 1, 2024

Respectfully submitted,

By:

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel Hiraldo, Esq.*
Florida Bar No. 030380
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
mhiraldo@hiraldolaw.com
305.336.7466
***Lead Counsel for Plaintiff***