**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

INDIRA FALCON,

Plaintiff,

v. Case No. 8:23-cv-2340-TPB-JSS

TELEVISAUNIVISION DIGITAL, INC.,

Defendant.
_______________________________________/

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Under Local Rule 3.01(i), Defendant TelevisaUnivision Digital, Inc. files this notice of supplemental authority supporting its argument in its Motion to Compel Arbitration and Stay Action (Doc. 22) that the ViX Terms of Use hyperlink is clear and conspicuous.

*Patrick v. Running Warehouse, LLC*, 93 F.4th 468, 477 (9th Cir. 2024) ("That the links are not blue, underlined, or capitalized does not undercut the district court's conclusion that Running Warehouse provided [the user] with 'reasonably conspicuous notice' of the Terms.").

Respectfully submitted,

*/s/ Daniel A. Silver*
Jason H. Baruch (lead counsel)
Florida Bar No. 10280
jason.baruch@hklaw.com
Mark S. Melodia
(admitted *pro hac vice*)
mark.melodia@hklaw.com

Daniel A. Silver
Florida Bar No. 1045179
daniel.silver@hklaw.com
**HOLLAND & KNIGHT LLP**
100 N. Tampa St., Suite 4100
Tampa, Florida 33602
Phone: 813-227-8500
Fax: 813-229-0134

*Attorneys for TelevisaUnivision Digital, Inc.*