**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

INDIRA FALCON, *individually and on behalf of all others similarly situated,*

Plaintiff,

v.

TELEVISAUNIVISION DIGITAL, INC.,

Defendant.
_______________________________________/

**Case No. 8:23-cv-02340-TPB**

**CLASS ACTION**

**JURY TRIAL DEMANDED**

**PLAINTIFF'S RESPONSE TO DEFENDANT'S**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Indira Falcon responds to Defendant's Notice of Supplemental Authority, [DE 36], and states:

Defendant partially quotes *Patrick v. Running Warehouse, LLC*, 93 F.4th 468, 477 (9th Cir. 2024), to suggest that a hyperlink that is not in color – like the one on its website – is sufficient to place a consumer on inquiry notice. However, Defendant omits the following from the Ninth Circuit's opinion which undercuts its argument: "the hyperlinked phrase 'terms of use' is ***colored bright green***—contrasted against the surrounding white background[.]" *Id*. at 477 (emphasis supplied). A screenshot of the form at issue in *Patrick* is depicted below, showing that it does not support Defendant's argument:



*See Patrick v. Running Warehouse, LLC*, No. 2:21-cv-09978-ODW (JEMx), 2022 U.S. Dist. LEXIS 190483, at *7 (C.D. Cal. Oct. 18, 2022).

Dated: March 19, 2024

Respectfully submitted,

By: */s/ Manuel Hiraldo*
**HIRALDO P.A.**
Manuel S. Hiraldo
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713
*Attorneys for Plaintiff*